# UNITED STATES DISTRICT COURT
## Southern District of Ohio

UNITED STATES OF AMERICA

V.

Raymond Tillman

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number CR-2-98-120

David Reiser, Esq.
Defendant's Attorney

## THE DEFENDANT:
_x_ admitted guilt to violation of mandatory, standard and special conditions of the term of supervision.
___ was found in violation of conditions after denial of guilt

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Mandatory Condition #1 | While on supervision, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. | 1/1/11 |
| Standard Condition #1 | The defendant shall not leave the judicial district without permission of the Court or probation officer | 1/1/11 |
| Standard Condition #6 | The defendant shall notify the probation officer ten days Prior to any change in residence or employment | 7/27/10 |
| Standard Condition #11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a Law enforcement officer | 7/16/10 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Social Security No.:
Defendant's Date of Birth:
Defendant's USM No.:
Defendant's Residence Address:

Defendant's Mailing Address:

May 31, 2012
Date of Imposition of Sentence

Signature of Judicial Officer

Algenon L. Marbley
United States District Judge
June 12, 2012
Date

Defendant: Raymond Tillman　　　　　　　　　　　　　　　　Judgment --Page 2 of 3
Case Number: CR-2-98-120

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of THIRTEEN (13) MONTHS **credit for time served**.

_x_　The Court makes the recommendations to the Bureau of Prison that the defendant participate in anger management counseling.

_x_　The defendant is remanded to the custody of the United States Marshal.
__　The defendant shall surrender to the United States Marshal for this district,
　　__ at .m. on ____.
　　__ as notified by the Marshal.

__　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
　　__ before 2 p.m. on ____.
　　__ as notified by the United States Marshal.
　　__ as notified by the Probation or Pretrial Service Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

　　Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

　　　　　　　　　　　　　　　　James M. Wahlrab
　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　Deputy U.S. Marshal

Defendant: Raymond Tillman  Judgment --Page 3 of 3
Case Number: CR-2-98-120

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FOUR (4) YEARS. As a special condition of supervised release the defendant shall participate in anger management counseling. All previously imposed condition shall remain.

The defendant shall report to the probation office in the district into which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant submit to one drug test within fifteen (15) days of release from imprisonment and at least two (2) periodic drug tests thereafter, as directed by the probation officer.

> _ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

X  The defendant shall not possess a firearm as defined in 18 U.S.C. §921.

If this judgment imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer 10 days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record of personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.